# Court of Appeals
# of the State of Georgia

ATLANTA,  March 06, 2020

*The Court of Appeals hereby passes the following order:*

**A20D0295. BRIAN ROSS v. GARY LESHAW et al.**

This case began as a dispossessory action in magistrate court filed by Prestige Home Investments, LLC ("Prestige") against Brian Ross and "All Other Occupants." Following the magistrate court's grant of a writ of possession, Ross filed a "Petition for Writ of Certiorari," in superior court. On January 30, 2020, the superior court entered an order which affirmed the magistrate court's judgment, denied Ross's petition for certiorari, granted a writ of possession in favor of Prestige, and ordered Ross "and All Others" to pay rent into the superior court's registry in the event of an appeal. On February 7, 2020, Ross filed his application for discretionary appeal. We lack jurisdiction.

An application for discretionary review generally may be filed within 30 days of entry of the order sought to be appealed. See OCGA § 5-6-35 (d). The underlying subject matter of an appeal, however, controls over the relief sought in determining the proper appellate procedure. *Radio Sandy Springs v. Allen Road Joint Venture*, 311 Ga. App. 334, 335 (715 SE2d 752) (2011). Under OCGA § 44-7-56, appeals in dispossessory actions must be filed within seven days of the date the order was entered. See *Ray M. Wright, Inc. v. Jones*, 239 Ga. App. 521, 522-523 (521 SE2d 456) (1999). Ross's application seeking to appeal the superior court's order in this dispossessory action is untimely, as it was filed eight days after entry of the order.

Accordingly, this untimely application for discretionary review is hereby DISMISSED for lack of jurisdiction.



*Court of Appeals of the State of Georgia*

*Clerk's Office, Atlanta,   03/06/2020*

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

*Stephen E. Castlen*    *, Clerk.*